THE UNITED PRESS, Respondent, *v.* THE A. S. ABELL COMPANY et al., Defendants, and FELIX AGNUS, Appellant.

*United Press* v. *Abell Co.,* 79 App. Div. 550, affirmed.
(Argued March 15, 1904; decided March 29, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1903, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial.

*Austen G. Fox* and *Henry T. Fay* for appellant.

*William C. Davis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not voting: O'BRIEN, J.